IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:11-CR-131 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| DAVID P. CRAIL, | : | |
| Defendant. | : | |

## ORDER SETTING NEW DATE
## FOR SUPPRESSION HEARING

Due to a conflict on the Court's calendar, the suppression hearing that was set for Thursday, July 12, 2012 at 9:00 a.m. is rescheduled for **Monday, July 23, 2012 at 2:00 p.m.**

**IT IS SO ORDERED.**

s/Algenon L. Marbley
ALGENON L. MARBLEY
United States District Court Judge

DATED: June 19, 2012